United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDA VICTORIA,

    Plaintiff,

v.

METROPOLITAN LIFE INS,

    Defendant.

No. CV 09-04179 CRB

**ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The Court is in receipt of a motion by Plaintiff seeking an extension of time to file her Reply to Defendant's Opposition to her Motion to Remand. Plaintiff already filed her Reply, on December 8, 2009, though it was due on December 4, 2009. The Court will ACCEPT Plaintiff's late filing, and hereby vacates the December 11, 2009 hearing Plaintiff calendared for this motion for extension of time.

**IT IS SO ORDERED.**

Dated: December 10, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4179\order re extension of time.wpd